IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **DERRICK JUSTIN MITCHELL,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:25-cv-00453-O-BP |
| | § | |
| **TRANS PAPA LOGISTICS,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS,
AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned Chief District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that Defendants' Motion to Compel Arbitration (ECF No. 11) is **GRANTED**, and the case is **STAYED** pending resolution of arbitration proceedings. The parties **SHALL** file a joint status report within thirty days after conclusion of the arbitration proceedings addressing whether the case should be dismissed at that time. The Clerk of Court shall administratively close this case until further order of the Court.

**SO ORDERED** on this **20th day** of **October, 2025**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**